DARRYL M. WOO (CSB No. 100513)
TYLER G. NEWBY (CSB No. 205790)
ANJALI KUMAR (CSB No. 227075)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
IRONPORT SYSTEMS, INC., and
SPAMCOP.NET, INC.

STEVEN S. RICHTER (CSB No. 171205)
LINDA L. GOODMAN (CSB No. 137886)
GOODMAN & RICHTER, LLP
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619-233-3535
Facsimile: 619-233-3599

Attorneys for Plaintiff
OPTINREALBIG.COM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTINREALBIG.COM, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IRONPORT SYSTEMS, INC. dba SPAMCOP.NET, INC., a Delaware Corporation registered to do and doing business in California and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. C-04-1687 (SBA)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)] |

　　　Plaintiff Optinrealbig.com, LLC and Defendants IronPort Systems, Inc., and SpamCop.net, Inc., by and through their counsel of record, and pursuant to a settlement agreement among them, hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the dismissal of this action with prejudice in its entirety, including any pending motions filed by Defendant IronPort Systems, Inc. and SpamCop.Net, Inc., each side

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. C-04-01687-SBA

1  to bear its own costs and attorneys' fees.

2      Pursuant to agreement of the parties, this Court shall retain jurisdiction over the parties to
3  resolve any dispute arising out of the settlement agreement.

4  Dated: September 3, 2004       Respectfully Submitted,

5       FENWICK & WEST LLP

6

7       By: /S/ Darryl M. Woo
          Darryl M. Woo

8       Attorneys for Defendants
9       IRONPORT SYSTEMS, INC.
     and SPAMCOP.NET, INC.

10

11  Dated: September 3, 2004      GOODMAN & RICHTER, LLP
12
13

14       By: /S/ Steven Richter
         Steven Richter
15
16       Attorneys for Plaintiffs
     OPTINREALBIG.COM LLC

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITH PREJUDICE      2
Case No. C-04-01687-SBA

# **ORDER**

PURSUANT TO STIPULATION, all claims in this action that were brought, and all related claims and counterclaims that could have been brought in this action by Optinrealbig.com, LLC against IronPort Systems, Inc. or SpamCop.net., Inc., or by IronPort Systems, Inc. or SpamCop.net., Inc. against Optinrealbig.com LLC, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.  This Court shall retain jurisdiction of any controversy or dispute arising out of or in connection with the parties' settlement agreement.

IT IS SO ORDERED.

DATED:  _____, 2004

_____
Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE