United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTINREALBIG.COM, LLC, | No. C 04-01687 SBA |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| IRONPORT SYSTEMS INC, | |
|     Defendant. | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action, and initiate the telephone conference call. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

    YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case Management Conference set for September 29, 2004, has been continued to October 7, 2004, at 2:45 p.m., via telephone.

    Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference.

Dated: 9/27/04

FOR THE COURT,
Richard W. Wieking, Clerk

By:_Lisa R. Clark
    LISA R. CLARK
    Courtroom Deputy