| | |
|---|---|
| 1 | DARRYL M. WOO (CSB No. 100513) |
|   | TYLER G. NEWBY (CSB No. 205790) |
| 2 | ANJALI KUMAR (CSB No. 227075) |
|   | FENWICK & WEST LLP |
| 3 | 275 Battery Street, Suite 1500 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 875-2300 |
|   | Facsimile:  (415) 281-1350 |

Attorneys for Defendants
IRONPORT SYSTEMS, INC., and
SPAMCOP.NET, INC.

STEVEN S. RICHTER (CSB No. 171205)
LINDA L. GOODMAN (CSB No. 137886)
GOODMAN & RICHTER, LLP
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: 619-233-3535
Facsimile: 619-233-3599

Attorneys for Plaintiff
OPTINREALBIG.COM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTINREALBIG.COM, LLC, a Nevada Limited Liability Company, | Case No. C-04-1687 (SBA) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | [F.R.C.P. 41(a)(1)] |
| IRONPORT SYSTEMS, INC. dba SPAMCOP.NET, INC., a Delaware Corporation registered to do and doing business in California and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff Optinrealbig.com, LLC and Defendants IronPort Systems, Inc., and SpamCop.net, Inc., by and through their counsel of record, and pursuant to a settlement agreement among them, hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the dismissal of this action with prejudice in its entirety, including any pending motions filed by Defendant IronPort Systems, Inc. and SpamCop.Net, Inc., each side

1 | to bear its own costs and attorneys' fees.

2 |     Pursuant to agreement of the parties, this Court shall retain jurisdiction over the parties to
3 | resolve any dispute arising out of the settlement agreement. The parties consent and agree that
4 | any such dispute may be referred to a United States Magistrate Judge for disposition.

Dated: September 29, 2004            Respectfully Submitted,

FENWICK & WEST LLP

By: /S/ Darryl M. Woo
     Darryl M. Woo

Attorneys for Defendants
IRONPORT SYSTEMS, INC.
and SPAMCOP.NET, INC.

Dated: September 29, 2004            GOODMAN & RICHTER, LLP

By: /S/ Steven Richter
     Steven Richter

Attorneys for Plaintiffs
OPTINREALBIG.COM LLC

## ORDER

PURSUANT TO STIPULATION, all claims in this action that were brought, and all related claims and counterclaims that could have been brought in this action by Optinrealbig.com, LLC against IronPort Systems, Inc. or SpamCop.net., Inc., or by IronPort Systems, Inc. or SpamCop.net., Inc. against Optinrealbig.com LLC, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.  This Court shall retain jurisdiction of any controversy or dispute arising out of or in connection with the parties' settlement agreement, and may refer any such dispute or controversy to a United States Magistrate Judge for disposition per the express agreement and consent of the parties.

IT IS SO ORDERED.

DATED: _____, 2004

_____
Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Darryl M. Woo, attest that concurrence in the filing of the <u>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE</u> has been obtained from each signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of September, 2004 at San Francisco, California.

/s/ Darryl M. Woo<br>Darryl M. Woo

24104/00404/LIT/1199794.2

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE           4
Case No. C-04-01687-SBA